IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUEBEN RICHARDSON, JR.,

      Plaintiff,

v.                                    Case No. 1:26-cv-01913-DHU-LF

CANAMEX-CARBRA
TRANSPORTATION SERVICES, LLC,

      Defendant.

### <u>ORDER TO SHOW CAUSE</u>

THIS MATTER is before the Court *sua sponte*.  *See* Doc. 22.  Pro se plaintiff Rueben Richardson, Jr. filed his original complaint on May 8, 2026, in the Seventh Judicial District Court, County of Torrance, State of New Mexico.  Doc. 1-1 at 2.  Defendant Canamex-Carbra Transportation Services, LLC removed this matter to this Court on June 12, 2026.  Doc. 1. Defendant filed both a motion to dismiss that original complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and an answer to that complaint on June 12, 2026.  Docs. 5, 8.  On July 13, 2026, Mr. Richardson filed an amended complaint in this matter.  Doc. 22.

Federal Rule of Civil Procedure 15 governs when pleadings may be amended, and the requirements for making amendments depend on the stage of the litigation.  For example, a plaintiff may amend a complaint "once as a matter of course no later than . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  FED. R. CIV. P. 15(a)(1).  Once that timeframe has passed, "a party may amend its pleading" before trial "only with the opposing party's written consent or the court's leave."  FED. R. CIV. P. 15(a)(2).

Defendant filed both a responsive pleading and a Rule 12(b) motion on June 12, 2026. Docs. 5, 8. Mr. Richardson filed his amended complaint on July 13, 2026, ten days after the twenty-one-day period in which a plaintiff may amend a complaint without seeking the opposing party's written consent or the court's leave, *see* Doc. 22; FED. R. CIV. P. 15(a)(2). Mr. Richardson did not file a motion seeking the Court's leave to amend his complaint, and the record does not reflect that Defendant consented in writing to Mr. Richardson filing an amended complaint.

IT IS THEREFORE ORDERED that Mr. Richardson shall show cause, no later than Wednesday, July 29, 2026, in a written notice filed on the docket as to whether Defendant consented in writing to the filing of his amended complaint. If Mr. Richardson did receive Defendant's written consent, he should attach a copy of that document to his notice.

Laura Fashing
United States Magistrate Judge

2